<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7153**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LLOYD GEORGE MAXWELL,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-93-262)

───────────

Submitted: February 22, 2000          Decided: April 3, 2000

───────────

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Affirmed as modified by unpublished per curiam opinion.

───────────

Lloyd George Maxwell, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lloyd George Maxwell appeals the district court's order denying his motion filed under 18 U.S.C. § 3582 (1994). Review of Maxwell's petition reveals that it is more appropriately characterized as a 28 U.S.C.A. § 2255 (West Supp. 1999) motion. Because Maxwell has already filed at least one § 2255 motion, he may not file another without first obtaining leave from this Court. Accordingly, we affirm the district court's denial of Maxwell's motion on this alternative ground, and modify the judgment to reflect that the denial is without prejudice to Maxwell's right to move this court for leave to file a successive § 2255 motion under 28 U.S.C.A. § 2244 (West Supp. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2